# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

UNITED STATES OF AMERICA,

       v.

                             CASE NO.: CR214-014

DEDRICK JEDELL WILKERSON
a/k/a "Deek"

## O R D E R

The Court has been advised that all motions filed by Dedrick Jedell Wilkerson have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this _29th_ day of September, 2014.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE